```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  HAYAT SAM KASSIM RASHID,                                  :
                                                            :
                              Petitioner,                   :
                                                            :        23-CV-3333 (VSB)
                -against-                                   :
                                                            :            ORDER
  U.S. DEPARTMENT OF STATE; ANTONY                          :
  J. BLINKEN; U.S. DEPARTMENT OF                            :
  HOMELAND SECURITY; ALEJANDRO                              :
  MAYORKAS; U.S. CITIZENSHIP AND                            :
  IMMIGRATION SERVICES; UR M.                               :
  JADDOU                                                    :
                                                            :
                              Respondents.                  :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On April 20, 2023, Hayat Sam Kassim Rashid ("Rashid" or "Petitioner") initiated this action by filing complaint in the nature of mandamus against the U.S. Department Of State, Antony J. Blinken, U.S. Department Of Homeland Security, Alejandro Mayorkas, U.S. Citizenship And Immigration Services, and Ur M. Jaddou (the "Government"). (Doc. 1.) On June 27, 2023, Government filed a request for "a thirty-day extension of time to respond to the complaint (*i.e.*, from June 27, 2023, to July 27, 2023)." (Doc. 22.) On June 28, 2023, I granted this request. (Doc. 23.) To date, the Government has not answered or otherwise responded to the complaint. Accordingly, the Government is hereby ordered to answer the complaint or seek an additional extension, if necessary, on or before Friday August 4, 2023.

SO ORDERED.

Dated: July 31, 2023
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge